

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Oklahoma

| | |
|---|---|
| 1. DIANNE STOTTS; 2. SCOTT YARNELL; 3. YARNELL ART HOUSE, LLC <br> *Plaintiff* <br> v. <br> 1. DAVID PETERS; 2. MARK KNUTSON; 3. KYLE WILLIAMS; 4. LEGACY LEARNING, LLC; et al. <br> *Defendant* | ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 16-cv-00272-GKF-FHM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  AL WEINGARTNER FINE ART, LLC.
c/o ALFRED R. WEINGARTNER
25771 MAPLE VIEW
LAGUNA HILLS, CA 92653

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Charles L. Richardson
Raymond S. Allred
Richardson Richardson Boudreaux
7447 S. Lewis Avenue
Tulsa, Oklahoma 74136

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT    Phil Lombardi

Date: MAY 16 2016

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Oklahoma

| | | |
|---|---|---|
| 1. DIANNE STOTTS; 2. SCOTT YARNELL; 3. YARNELL ART HOUSE, LLC<br>*Plaintiff*<br>v.<br>1. DAVID PETERS; 2. MARK KNUTSON; 3. KYLE WILLIAMS; 4. LEGACY LEARNING, LLC; et al.<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 16-cv-00272-GKF-FHM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  DAVID B. PETERS
8953 Lynze Lane
Frankfort, IL  60423

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Charles L. Richardson
Raymond S. Allred
Richardson Richardson Boudreaux
7447 S. Lewis Avenue
Tulsa, Oklahoma 74136

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT  Phil Lombardi

Date:  MAY 16 2016                                    _____
                                                                    *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Oklahoma

| | |
|---|---|
| 1. DIANNE STOTTS; 2. SCOTT YARNELL; 3. YARNELL ART HOUSE, LLC <br> *Plaintiff* <br> v. <br> 1. DAVID PETERS; 2. MARK KNUTSON; 3. KYLE WILLIAMS; 4. LEGACY LEARNING, LLC; et al. <br> *Defendant* | Civil Action No. 16-cv-00272-GKF-FHM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  MARK KNUTSON
8953 LYNZE LANE
FRANKFORT, IL  60423

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Charles L. Richardson
Raymond S. Allred
Richardson Richardson Boudreaux
7447 S. Lewis Avenue
Tulsa, Oklahoma 74136

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT   Phil Lombardi

Date: MAY 1 6 2016   _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Oklahoma

| | |
|---|---|
| 1. DIANNE STOTTS; 2. SCOTT YARNELL; 3. YARNELL ART HOUSE, LLC<br>*Plaintiff*<br>v.<br>1. DAVID PETERS; 2. MARK KNUTSON; 3. KYLE WILLIAMS; 4. LEGACY LEARNING, LLC; et al.<br>*Defendant* | Civil Action No. 16-cv-00272-GKF-FHM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  LEGACY LEARNING, LLC
c/o David B. Peters
8953 Lynze Lane
Frankfort, IL 60423

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Charles L. Richardson
Raymond S. Allred
Richardson Richardson Boudreaux
7447 S. Lewis Avenue
Tulsa, Oklahoma 74136

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*   Phil Lombardi

Date: MAY 16 2016

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Oklahoma

| | |
|---|---|
| 1. DIANNE STOTTS; 2. SCOTT YARNELL; 3. YARNELL ART HOUSE, LLC <br> *Plaintiff* <br><br> v. <br><br> 1. DAVID PETERS; 2. MARK KNUTSON; 3. KYLE WILLIAMS; 4. LEGACY LEARNING, LLC; et al. <br> *Defendant* | ) ) ) ) ) ) ) ) ) <br><br> Civil Action No.  16-cv-00272-GKF-FHM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   KYLE WILLIAMS
8953 LYNZE LANE
FRANKFORT, IL  60423

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Charles L. Richardson
Raymond S. Allred
Richardson Richardson Boudreaux
7447 S. Lewis Avenue
Tulsa, Oklahoma 74136

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT   Phil Lombardi

Date:   MAY 16 2016                                               _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Oklahoma

| | |
|---|---|
| 1. DIANNE STOTTS; 2. SCOTT YARNELL; 3. YARNELL ART HOUSE, LLC <br> *Plaintiff* <br> v. <br> 1. DAVID PETERS; 2. MARK KNUTSON; 3. KYLE WILLIAMS; 4. LEGACY LEARNING, LLC; et al. <br> *Defendant* | Civil Action No.  16-cv-00272-GKF-FHM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Clickstream Partners, LLC
c/o David B. Peters
8953 Lynze Lane
Frankfort, IL  60423


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Charles L. Richardson
Raymond S. Allred
Richardson Richardson Boudreaux
7447 S. Lewis Avenue
Tulsa, Oklahoma 74136

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT   Phil Lombardi

Date: MAY 16 2016

*Signature of Clerk or Deputy Clerk*